UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMIGIO I. AGUSTIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JULIE SU,<br><br>　　　　　Defendant. | Case No. 23-cv-02131-JD<br><br>**ORDER RE DISMISSAL** |

The Court dismissed pro se plaintiff Agustin's complaint with leave to amend on the condition the complaint "not add any new defendants or causes of action without leave of the Court." Dkt. No. 19 at 6. Agustin filed an amended complaint that raises several new claims relating to other statutory and constitutional rights not asserted in the original complaint. The Court does afford greater leeway to pro se litigants than lawyers, but these additional claims are more than minor additions. Consequently, Claims 3, 4, 5, 8, and 9 are dismissed for failure to follow the Court's prior order. *See* Fed. R. Civ. P. 41(b).

The same claims, and all the remaining claims in the amended complaint, are also dismissed for failure to plausibly allege a claim. Agustin does not plausibly allege that he suffered any loss or reduction in benefits paid to him. In addition, the government has represented that an initial suspension decision was rescinded in full and compensation reinstated on a retroactive basis. *See* Dkt. No. 27-1 at ECF 177. With respect to the alleged nonpayment of a doctor for administrative reasons, the complaint does not plausibly allege a deprivation of a protected interest in seeing that particular doctor. Furthermore, the government stated that plaintiff is eligible for reimbursement for those visits to his doctor. *See* Dkt. No. *id.* at ECF 3, 91, 177, 201.

Overall, the amended complaint makes clear that Agustin felt mistreated by the government's review of his benefits. The Court acknowledges the review may have been discomfiting given plaintiff's circumstances. But as the amended complaint makes clear, Agustin

1  did not suffer a cognizable injury of any sort and has not plausibly alleged a due process or other
2  violation.  Agustin has now had two opportunities to plausibly state a claim.  Further amendment
3  is not warranted, and the case is closed.  No further filings will be accepted.

4  **IT IS SO ORDERED.**

5  Dated: November 6, 2024

JAMES DONATO
United States District Judge